**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HAA 505 LLC,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1666-Orl-22GJK**

**SEYMOUR INTERNATIONAL, INC.,**

          **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO QUANTIFY REASONABLE ATTORNEYS' FEES AND COSTS PURSUANT TO COURT ORDER (D.E. 77) (Doc. No. 81)**
>
> **FILED:** October 17, 2011
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On October 3, 2011, the Court entered an order granting HAA 505 LLC's (the "Plaintiff") motion to compel (Doc. No. 75) against Seymour International, Inc. (the "Defendant"). Doc. No. 77. In the order, pursuant to Rule 37(a)(5)(A), Federal Rules of Civil Procedure, the Court awarded Plaintiff its reasonable attorneys' fees and costs incurred in making the motion, and directed Plaintiff to file a motion to quantify the attorneys' fees. Doc. No. 77 at 3-4. On October 17, 2011, Plaintiff filed a Motion to Quantify Reasonable Attorneys' Fees and Costs Pursuant to Court Order (the

"Motion"). Doc. No. 81. In the Motion, Plaintiff requests a final judgment awarding attorneys' fees in the amount of $1,457.50 against Defendant. Doc. No. 81 at 2.

Plaintiff attaches a detailed affidavit and time to the Motion. Doc. Nos. 81-1 at 1-3; 81-2 at 2-3. The chart below reflects the individual who performed each task, the requested hourly rate, the time expended, and the total amount of attorneys' fees requested:

| Attorney/Paralegal | Rate | Hours Worked | Total |
| --- | --- | --- | --- |
| John Urban, Esq. | $400.00 | 3.1 | $1,240.00 |
| Martina Bryan | $75.00 | 2.9 | $217.50 |
| **Total** | | | **$1,457.50** |

*Id*. Defendant did not file a response to the Motion and, therefore, the Motion is unopposed. *See* Doc. No. 17 at 5 ("Where no memorandum in opposition has been filed, the Court routinely grants the motion as unopposed.").

In the underlying action, the Court has approved Mr. Urban's requested hourly rate of $400.00 per hour. Doc. Nos. 47, 52. The Court has carefully reviewed the time expended in the Motion and finds that it is reasonable. Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 81); and

2. Enter judgment awarding Plaintiff $1,457.50 in attorneys' fees.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on February 15, 2012.

/s/ Gregory J. Kelly
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties