# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAA 505 LLC,**

        **Plaintiff,**

**-vs-**                                                                 Case No.  6:08-cv-1666-Orl-22GJK

**SEYMOUR INTERNATIONAL, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Plaintiff's Motion to Quantify Reasonable Attorneys' Fees and Costs Pursuant to Court Order (D.E. 77) (Doc. No. 81) filed on October 17, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 15, 2012 (Doc. No. 82) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion to Quantify Reasonable Attorneys' Fees and Costs Pursuant to Court Order (D.E. 77) (Doc. No. 81) is GRANTED.

3. The Clerk is directed to enter Judgment awarding Plaintiff $1,457.50 in Attorneys' Fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 1, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge